

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00278-CV

## EX PARTE R.L.S.

**From the 77th District Court
Limestone County, Texas
Trial Court No. 1096-A**

## O R D E R

Appellee, the County Attorney for Limestone County, moved for an extension of time to file its brief in this appeal. Appellant opposes the motion asserting the District and County Attorney has no standing in this proceeding. By ruling on the motion for an extension of time, we do so without prejudice to appellant or the Court raising the issue of standing at a future date.

The motion is granted. Appellee's brief is due February 14, 2017.


PER CURIAM


Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted
Order issued and filed January 11, 2017

